[No. 26000-0-II.   Division Two.   November 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEMO KUTOO THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05221-0, Karen L. Strombom, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 26143-0-II.   Division Two.   November 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. AXEL ARNIE AROLA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00697-7, James D. Ladley, J., entered June 27, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26257-6-II.   Division Two.   November 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ARNAZ GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03738-5, Stephanie A. Arend, J., entered July 10, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26264-9-II.   Division Two.   November 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00338-0, Stephen M. Warning, J., entered August 3, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.